```
_____FILED      _____ENTERED
_____LODGED     _____RECEIVED

       JAN 25 2022

       AT BALTIMORE
   CLERK U.S. DISTRICT COURT
   DISTRICT OF MARYLAND
```

*Attachment A - <u>Bivens</u> Complaint form*

Baltimore Maryland

UNITED STATES DISTRICT COURT
~~SOUTHERN DISTRICT OF WEST VIRGINIA~~

(1) (chief) Col. michael S. owl Feather - Gorbey        D.C. DOC 317-611 Fed. 33405-013
   1# 21-19/13-7(9) G-2 san-gou #¥ ♚ ♞ ♛

(2) Native American Indian Tribes

(3) All minor children within the (USA)

*(Enter above the full name of the plaintiff*        *(Inmate Reg. # of each Plaintiff)*
*or plaintiffs in this action)*

v.                                CIVIL ACTION NO. _____
                                  *(Number to be assigned by Court)*

UNKNOWN Name John Doe U.S. Senator or Congressman            1915(g) Imminent
                                                             Danger.
UNKNOWN Name John Doe                                        To the general
                                                             public of
UNdetermine National T.V. Station owners & Routers           miners

_____
*(Enter above the full name of the defendant*
*or defendants in this action)*

                        Defendant(s).

## COMPLAINT

**I.    Parties**

   A.   Name of Plaintiff:  (chief) Col. michael S. owl Feather - Gorbey

        Inmate No.:  D.C. DOC 317-611 Fed 33405-013

        Address:  FCI. Cumberland at time of original filing
        Now FCI Beckley Wva. Po Box 350 Beaver WVa. 25813

B. Additional Plaintiff(s) (provide the same information for each plaintiff as listed in Item A above).

Name of Plaintiff: Native American Indian Tribes
Inmate No.: N-A.
Address: Within the United States (Especially) Any Owlfeather-Gorbey's

Name of Plaintiff: All minor children
Inmate No.: N-A.
Address: Within the United States. (Especially) Any Owl Feather-Gorbey's

C. Name of Defendant: Unknown Name John Doe
Position: U.S. Senator or Congressman (Maryland)
Place of Employment: Maryland State Capital & Washington DC, Senate or House of Reps.

D. Additional Defendant(s) (provide the same information for each defendant as listed in Item C above):

Name of Defendant: Unknown Name John Doe
Position: Unknown.
Place of Employment: Unknown.

Name of Defendant: Unknown Name John or Jane Doe
Position: National T.V. Station Owners - Routers
Place of Employment: Unknown, opperating - Broadcasting in Maryland. & on National Network

2

II. **Place of Present Confinement**
Name of Prison/Institution: FCI Cumberland Maryland upon original filing NOW FCI Beckley, W.Va.

A. Is this where the events concerning your complaint took place?

Yes _____   No __✓__

If you answered "no," where did the events occur? On National T.V, Broadcast from + viewed in the state of maryland

B. Is there a prisoner grievance procedure in this institution?

Yes __✓__   No _____

C. Did you present the facts relating to your complaint in the prisoner grievance procedure?   Yes _____   No __✓__

If you answered "no," explain why not: Not a prison lawsuit though I did File Tort claim to U.S.DoJ, 2019 & again 2021

If you answered "yes," what was the result at level one, level two and level three (attach grievances and responses): __N-A.__

III. **Previous Lawsuits**

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonments?

Yes _____   No __✓__

B. If your answer to A is "yes," describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1. Parties to the previous lawsuit:

Plaintiff(s): __N/A__

Defendant(s): __N/A__

3

2. Court (if federal court, name the district; if state court, name the county);

 NA

3. Docket Number: NA

4. Name of judge to whom case was assigned: NA

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?)

 NA

6. Approximate date of filing lawsuit: NA

7. Approximate date of disposition: NA

### IV. Statement of Claim

State here, as briefly as possible, the facts of your case. Describe what each defendant did to violate your constitutional rights. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets of paper if necessary.)

In mid-2019 or so, a National T.V. station broadcast 2 grown men, one a Maryland state senator or congressman name unknown sitting around a playground, school or Housing development with multiple minor children (mostly young boys) running around, where the state Rep. makes a comment "Hey Trump (U.S. President Donald Trump) what do you think of this?" & turns & grabs the man beside him & french kisses him on National T.V. & in front of all the kids. being sexual deveants on National T.V. & offending (chief) Col. owlfeather-Gorbey with such faginism in public & around minor children. While such gay acts are compromising on the future of our young male generations as young boys who otherwise would not resort to faginism may end up gay as a result of such public gay acts, for then at a young age, the young boys seeing such acts may often try it & forever adversely change their lives, (seriously) offending (chief) Col. Michael S. Owl Feather-Gorbey director of project of Authority 21-19/13-7(4)B-2 San-gou & legitimate & official owner of the United States

### V.     Relief

State briefly and exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

(1) I seek $450,000,000,000.00 Billion Dollars

(2) I seek Injunction on the Related National T.V. Station to Forever bar them viewing such Acts Again Especially Without Public Warning. (Any gay Acts)

(3) I seek A Hearing Necessary To Defend.

(4) I seek Injunction To Forever bar Any state or Fed. Rep. From using our National T.V. For gay Acts To Antaginize A US President or other official or public member.

Signed this __1__ day of __Sept.__, 20__19__.

Director. Project of Authority
(Chief) Col. Michael S. Owlfeather-Gorbey
## 21-19/13·7(9) G-2 SAN-900
DC DOC 317-611  Fed 33405-013
FCI Cumberland Md. Upon original Filing
Now. FCI Beckley WVa.
(Chief) Col. Michael S. Owlfeather-Gorbey
Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct. To best of my knowledge

Executed on __Sept. 1, 2019__.
(Date)
See Enclosed mailing declaration

(Chief) Col. Michael S. Owlfeather-Gorbey
Signature of Plaintiff

5